■ In the Matter of CLINTON A. SALMON, Individually and as Supervisor of the Town of Sardinia, Respondent, v ROBERT F. FLACKE, as Commissioner of the New York State Department of Environmental Conservation, et al., Respondents, and RICHARD PENFOLD, as President of Chaffee Landfill, Inc., Appellant. (Appeal No. 2.) — Order unanimously reversed, without costs, and motion to renew granted, in accordance with same memorandum as in *Matter of Salmon v Flacke* (Appeal No. 1) (91 AD2d 867). (Appeal from order of Supreme Court, Erie County, Doyle, J. — reargue and renew.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.